UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 14, 2005
A-34-E

No. 04-4665

USA
v.
George Bilunka, Appellant
(Western District of Pennsylvania Criminal No. 04-00017-2E)

Present:    SLOVITER and MCKEE, Circuit Judges.

1)    Motion by Appellant for Release on Bond Pending Appeal;

2)    Response by Appellee to Motion for Bond Pending Appeal.

/s/ Shannon L. Craven
Case Manager (267)299-4959

**O R D E R**

The foregoing Motion by Appellant for Release on Bond Pending Appeal is denied.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: December 30, 2005
SLC/dmm/cc: Karen S. Gerlach, Esq.
            Christine A. Sanner, Esq.
            Kelly R. Labby, Esq.