NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-4665

UNITED STATES OF AMERICA

v.

GEORGE BILUNKA,

Appellant

Appeal from the United States District Court
for the Western District of Pennsylvania
(Crim. No. 04-cr-00017-2E)
District Court: Hon. William W. Caldwell

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 11, 2006

Before: SLOVITER, McKEE, and RENDELL
<u>Circuit Judges</u>

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) July 11, 2006.

On consideration whereof, it is hereby ORDERED AND ADJUDGED by this Court that the judgment of sentence entered on December 6, 2004, is affirmed.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on ___8/10/06___

Dated: July 19, 2006

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit