IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-17 Erie |
| ) | |
| GEORGE BILUNKA   ) | |

O R D E R

AND NOW, to wit, this 12th day of July, 2007, the Court having considered the motion of the government to destroy certain firearms and ammunition, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall forthwith destroy the following firearms and ammunition:

   (a)  anti-personnel device components (disassembled for safety), i.e. shotgun shell, wooden platform, firing pin;

   (b) trigger housing, serial #02201;

   (c) trigger housing, serial #00567;

   (d) Sten Mark III submachine gun Serial #E37268;

   (e) Norinco SKS assault rifle, serial #10200567;

   (f) small sample of detonation cord, rendered safe;

   (g) three pipes, each four feet in length, welded together to form a triple barrel; and

   (h) metal end caps with 1 hole drilled into each.

*Maurice B. Cohill Jr.*
UNITED STATES DISTRICT JUDGE

cc: United States Attorney